

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ADC TECHNOLOGY INC., | ) | Case No. 10-cv-3938 |
| | ) | |
| Plaintiff, | ) | Hon. Robert M. Dow, Jr. |
| | ) | Mag. Judge Maria Valdez |
| v. | ) | |
| | ) | |
| KYOCERA COMMUNICATIONS INC. | ) | |
| and KYOCERA CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

## PROPOSED ORDER

BEFORE the Court is the parties' Joint Motion to Amend Agreed Discovery Plan, having considered the motion, the Court finds it well taken and therefore,

IT IS HEREBY ORDERED, that the parties' motion is granted and the Agreed Amended Discovery Plan attached as Appendix A is adopted by the Court.

SIGNED this 3rd day of March, 2011.

_____
United States District Judge

# APPENDIX A

## Agreed Amended Discovery Plan

| Event | Agreed Upon Revised Dates Based on LPR |
|---|---|
| Initial Disclosures (LPR 2.1) | October 7, 2010 |
| Fact Discovery Commencement Date (LPR 1.3) | October 7, 2010 |
| Initial Infringement Contentions (LPR 2.2) | October 21, 2010 |
| Initial Non-Infringement, Unenforceability and Invalidity Contentions (LPR 2.3) | November 4, 2010 |
| Document Production Accompanying Initial Invalidity Contentions (LPR 2.4) | November 4, 2010 |
| Initial Response to Invalidity Contentions (LPR 2.5) | November 18, 2010 |
| Final Infringement Contentions (LPR 3.1) | **July 21, 2011** |
| Final Unenforceability and Invalidity Contentions | **July 21, 2011** |
| Document Production Accompanying File Invalidity Contentions (LPR 3.3) | **July 21, 2011** |
| Final Non-Infringement Contentions (LPR 3.2) | **August 18, 2011** |
| Final Contentions in Response to Any Final Unenforceability and Invalidity Contentions (LPR 3.2) | **August 18, 2011** |
| Deadline to File Motion to Stay Pending Any Reexamination (LPR 3.5) | **August 18, 2011** |
| Exchange of Proposed Claim Terms to be Construed Along With Proposed Constructions (LPR 4.1(a)) | **September 1, 2011** |
| Deadline to Meet and Confer and Agree on No More Than 10 Terms or Phrases to Submit for Construction (LPR 4.1(b)) | **September 8, 2011** |
| Fact Discovery Closes (LPR 1.3) | **September 27, 2011** |

| Event | Agreed Upon Revised Dates Based on LPR |
|---|---|
| Defendants File Opening Claim Construction Brief (LPR 4.2(a)) | **October 6, 2011** |
| File Joint Appendix (LPR 4.2(b)) | **October 6, 2011** |
| Plaintiffs File Responsive Claim Construction Brief (LPR 4.2(c)) | **November 3, 2011** |
| Defendants File Reply Claim Construction Brief (LPR 4.2(d)) | **November 17, 2011** |
| Joint Claim Construction Chart and Joint Status Report (LPR 4.2(f)) | **December 22, 2011** |
| Fact Discovery Reopens (LPR 1.3) | Date of Entry of Claim Construction Ruling |
| Discovery Concerning Opinions of Counsel (LPR 3.6) | Seven (7) Days After Entry of Claim Construction Ruling and Reopening of Fact Discovery |
| Fact Discovery Closes (LPR 1.3) | 42 Days After Entry of Claim Construction Ruling |
| Disclosure of Experts and Expert Reports (LPR 5.1(b)) | 21 Days Afer Fact Discovery Closes After Entry of Claim Construction Ruling |
| Rebuttal Expert Witness Disclosures (LPR 5.1(c)) | 35 Days After Initial Expert Reports |
| Completion of Depositions of Experts (LPR 5.2) | 35 Days After Rebuttal Expert Reports |
| Final Day for Filing Dispositive Motions (LPR 6.1) | 28 Days After Close of Expert Discovery |